# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAFIK VARTANPOUR, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   2:15-cv-01660-GMN-NJK |
| HIGH DESERT STATE PRISON et al., | )<br>)   **ORDER** |
| Defendants. | )<br>) |
| _____ | ) |

**I.  DISCUSSION**

On February 9, 2016, the Court entered a screening order and dismissed the complaint in its entirety with leave to amend specific claims. (ECF No. 11 at 7). The Court directed Plaintiff to file his amended complaint within 30 days from the date of that order. (*Id.*). On February 29, 2016, Plaintiff filed a motion for an extension of time to file his amended complaint. (ECF No. 13 at 1). Plaintiff seeks a 15-day extension of time. (*Id.* at 2). The Court grants Plaintiff's motion for an extension of time. Plaintiff shall file his amended complaint on or before Friday, March 25, 2016.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for an extension of time (ECF No. 13) is granted. Plaintiff shall file his amended complaint on or before Friday, March 25, 2016.

///
///
///
///

IT IS FURTHER ORDERED that if Plaintiff fails to timely file an amended complaint curing the deficiencies outlined in the screening order (ECF No. 11), this action shall be dismissed with prejudice for failure to state a claim.

DATED: This 3rd day of March, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge

2