# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RAFIK VARTANPOUR, | ) | Case No. 2:15-cv-01660-GMN-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | (Docket No. 30) |
| D.W. NEVEN, et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is Plaintiff's "Notice of Motion," filed in concert with his "Opposition" to answer. Docket No. 30; *see also* Docket No. 29. The Court is unclear what relief, if any, Plaintiff is seeking through these filings. Accordingly, to the extent Plaintiff is seeking relief at this time, the motion is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: April 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge