# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAFIK VARTANPOUR, | Case No. 2:15-cv-01660-GMN-NJK |
| Plaintiff(s), | ORDER DENYING MOTION TO STRIKE |
| vs. | (Docket No. 31) |
| D.W. NEVEN, et al., | |
| Defendant(s). | |

Pending before the Court is Defendant Michael Murdock's motion to strike. Docket No. 31. Plaintiff failed to file a response in opposition. Nonetheless, for the reasons discussed more fully below, Defendant's motion to strike is hereby **DENIED**.

A motion to strike material from a pleading is made pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, which allows courts to strike "any redundant, immaterial, impertinent or scandalous matter." The essential function of a Rule 12(f) motion is to "avoid the expenditure of time and money that may arise from litigating spurious issues by dispensing with those issues prior to trial." *Fantasy, Inc. v. Fogerty*, 984 F.2d 1524, 1527 (9th Cir. 1993), *rev'd on other grounds*, 510 U.S. 517 (1994). Motions to strike are disfavored. *Roadhouse v. Las Vegas Metropolitan Police Dept.*, 290 F.R.D. 535, 543 (D. Nev. 2013). "Given their disfavored status, courts often require a showing of prejudice by the moving party before granting the requested relief." *Id.* "Whether to grant a motion to strike lies within the sound discretion of the district court." *Id.*

1  In this case, Defendant asserts that Plaintiff (who is proceeding *pro se*) filed an improper response to his answer. Docket No. 31 at 2; *see also* Docket No. 29 ("Opposition" to answer). Defendant asserts that Plaintiff's filing is not in compliance with Rule 7(a)(7) of the Federal Rules of Civil Procedure. *Id.* Regardless of whether Defendant is correct on that point, however, he has failed to show any prejudice in not striking that document. Especially with respect to filings of *pro se* litigants who may be unfamiliar with the technical aspects of the applicable rules, the Court does not find it be a useful expenditure of resources to entertain motions to strike without any showing of prejudice. *Cf. Russell Road Food & Bev., LLC v. Galam*, 2013 WL 6684631, at *2 (D. Nev. Dec. 17, 2013) ("Modern litigation is too protracted and expensive for the litigants and the court to expend time and effort pruning or polishing the pleadings" (quoting 5C Wright & Miller, FEDERAL PRACTICE AND PROCEDURE, § 1382, at 457-58 (2004)).

Accordingly, the pending motion to strike is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: April 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge