# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAFIK VARTANPOUR, | ) |
| Plaintiff(s), | ) Case No. 2:15-cv-01660-GMN-NJK |
| vs. | ) ORDER |
| HIGH DESERT STATE PRISON, et al., | ) |
| Defendant(s). | ) |

Pending before the Court is Defendant's motion to continue the settlement conference, Docket No. 48, which is hereby **GRANTED**. The settlement conference is **CONTINUED** to 9:30 a.m. on September 27, 2017, and the parties shall submit settlement statements no later than September 20, 2017. All other requirements outlined in the order at Docket No. 45 continue to govern.

IT IS SO ORDERED.

DATED: July 20, 2017

_____
Nancy J. Koppe
United States Magistrate Judge