1  ADAM PAUL LAXALT
     Attorney General
2  JARED M. FROST (Bar No. 11132)
     Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Avenue
   Suite 3900
5  Las Vegas, Nevada  89101
   (702) 486-3177 (phone)
6  (702) 486-3773 (fax)
   Email: jfrost@ag.nv.gov

*Attorneys for Defendant Michael Murdock*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAFIK VARTANPOUR, | Case No. 2:15-cv-01660-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| D. W. NEVEN, et al., | |
| Defendants. | |

It is stipulated and agreed by and between Rafik Vartanpour, Plaintiff Pro Se, and Defendant Michael Murdock, by and through counsel, Adam Paul Laxalt, Attorney General, State of Nevada, and Jared M. Frost, Senior Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs. The parties hereby inform the Court that they have reached

///
///
///
///

an agreement to resolve this matter in its entirety, and that the Court may accordingly dismiss and close the case.

DATED 10/24/17, 2017.

DATED October 25, 2017.

ADAM PAUL LAXALT
Nevada Attorney General

_____
Rafik Vartanpour
*Plaintiff Pro Se*

By: _____
Jared M. Frost
Nevada Bar No. 11132
Senior Deputy Attorney General
Office of the Nevada Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

*Attorneys for Defendant*

IT IS SO ORDERED.

DATED October 30, 2017.

_____
UNITED STATES DISTRICT JUDGE